RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/8/14

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HUSSEIN OSMAN ABDI,<br>    Petitioner | CIVIL ACTION<br>SECTION "P"<br>1:13-CV-0457 |
| VERSUS | |
| UNITED STATES OF AMERICA,<br>et al.,<br>    Respondent | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Respondent's motion to dismiss (Doc. 24) is GRANTED and Abdi's habeas petition is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 8th day of August, 2014.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE